AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Poslusny, Jerrold N. | Bankruptcy Court for the District of New Jersey | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

Mitchell H. Cohen Courthouse
400 Cooper Street
Camden, NJ 08101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees | Cherry Hill (NJ) United Soccer Association (a/k/a Cherry Hill FC) |
| 2. | Trustee | Trust No. 1 |
| 3. | Trustee | Trust No. 2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | State of NJ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Security Institue | February 20-21, 2020 | New York, NY | Security Conference | Travel Expenses, Hotel, 3 Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Poslusny, Jerrold N.** | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   PNC Bank Accounts | A | Interest | M | T | | | | | |
| 2.   NY Life Variable Universal Life Policy - fixed account | A | Interest | L | T | | | | | |
| 3.   NY Life Custom Whole Life Policy | E | Dividend | M | T | | | | | |
| 4.   NY LIfe Custom Whole Life Policy | D | Dividend | M | T | | | | | |
| 5.   iShares China Large-Cap (FXI) | A | Dividend | J | T | | | | | |
| 6.   WH common | A | Dividend | J | T | | | | | |
| 7.   WYND | A | Dividend | J | T | | | | | |
| 8.   CAR common | A | Dividend | J | T | | | | | |
| 9.   PAYX common | A | Dividend | J | T | | | | | |
| 10.   Fidelity Contrafund (FCNTX) | A | Dividend | K | T | | | | | |
| 11.   Eagle Strategies Account (H) | | | | | | | | | |
| 12.   - Fidelity Govt MMKT Daily Money Class | A | Int./Div. | J | T | | | | | |
| 13.   - Fidelity 500 Index Fund | | None | | | Sold | 03/17/20 | J | | |
| 14.   - Delaware Value FD CL A | | None | | | Sold | 03/17/20 | J | | |
| 15.   - T Rowe Price Growth Stock Advisor CL | | None | | | Sold (part) | 03/17/20 | J | | |
| 16. | | | | | Sold | 03/31/20 | J | | |
| 17.   - Destinations Multi Strgy Alt Instl | A | Dividend | J | T | Sold | 03/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Poslusny, Jerrold N.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 05/05/20 | J | | |
| 19.   - Destinations Core Fixed Income Instl | A | Dividend | J | T | | | | | |
| 20.   - Destinations Global Fixd Inc Oppor Instl | A | Dividend | J | T | | | | | |
| 21.   - Destinations Low Dur Fixed Inc Instl | A | Dividend | J | T | Buy (add'l) | 07/14/20 | J | | |
| 22.   - Destinations Muni Fixed Income Instl | A | Dividend | J | T | Buy (add'l) | 03/17/20 | J | | |
| 23. | | | | | Sold (part) | 05/05/20 | J | | |
| 24.   - Destinations Equity Income FD Instl | A | Dividend | J | T | Sold (part) | 07/14/20 | J | | |
| 25.   - Destinations Intl Equity FD Instl | A | Dividend | K | T | Buy (add'l) | 03/31/20 | J | | |
| 26. | | | | | Sold (part) | 05/05/20 | J | | |
| 27.   - Destinations Large Cap Equity Instl | A | Dividend | K | T | Buy (add'l) | 01/28/20 | J | | |
| 28. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 29. | | | | | Sold (part) | 07/14/20 | J | | |
| 30.   - Destinations Small Mid Cap Eq Instl | A | Dividend | J | T | Sold (part) | 05/05/20 | J | | |
| 31.   Trust No. 1 (H) | | | | | | | | | |
| 32.   - Fidelity ContraFund | C | Dividend | K | T | | | | | |
| 33.   - Oakmark Global Fund | A | Dividend | K | T | | | | | |
| 34.   - CGM Focus Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Poslusny, Jerrold N.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Trust No. 2 (H) | | | | | | | | | |
| 36. | - Fidelity ContraFund | B | Dividend | K | T | | | | | |
| 37. | - Oakmark Global Fund | A | Dividend | J | T | | | | | |
| 38. | - CGM Focus Fund | A | Dividend | J | T | | | | | |
| 39. | Eagle Strategies IRA (H) | | | | | | | | | |
| 40. | - Fidelity Government Money Market (f/k/a Fid. Govt Money Cap. Res.) | A | Interest | J | T | | | | | |
| 41. | - DFA US Core Equity I | B | Dividend | M | T | | | | | |
| 42. | - Dimensional Emerging Mkts Val PRTF Instl | B | Dividend | L | T | | | | | |
| 43. | - DFA International Small Company Port | B | Dividend | L | T | | | | | |
| 44. | - DFA International Value PRTF Instl | C | Dividend | M | T | | | | | |
| 45. | - DFA US Large Cap Value PRTF Instl | C | Dividend | M | T | | | | | |
| 46. | - DFA Real Estate Sec PRTF Instl | B | Dividend | K | T | | | | | |
| 47. | - DFA US Small Cap Portfolio INSTL Cl | B | Dividend | M | T | | | | | |
| 48. | Eagle Strategies IRA (H) | | | | | | | | | |
| 49. | - GE | A | Dividend | J | T | | | | | |
| 50. | - Mainstay Equity Alloc. CL B (f/k/a Mainstay Growth Alloc. CL B) | A | Dividend | J | T | | | | | |
| 51. | - Fidelity Govt Money Mkt CL | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Poslusny, Jerrold N.** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Poslusny, Jerrold N. | 05/07/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jerrold N. Poslusny**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544